| | |
|---|---|
| 1 | KEVIN HAHN, #231579 |
| 2 | MALCOLM ♦ CISNEROS, A Law Corporation<br>2112 Business Center Drive, Second Floor<br>Irvine, California 92612 |
| 3 | (949) 252-9400 (TELEPHONE)<br>(949) 252-1032 (FACSIMILE) |
| 4 | |
| 5 | Attorneys for Movant |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOLLIS PARKS, SR. AND FREDA ARNETTE PARKS,<br><br>        Debtors. | Bankruptcy Case No. 09-45035<br><br>RS No. KH-392<br><br>Chapter 13 |
| U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATE FOR WMALT SERIES 2007-0A3, and its successors and/or assignees,<br><br>        Movant,<br><br>vs.<br><br>HOLLIS PARKS, SR. AND FREDA ARNETTE PARKS, Debtors, and MARTHA G. BRONITSKY, Trustee,<br><br>        Respondents. | **U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>HEARING DATE:<br>DATE: December 4, 2009<br>TIME: 10:00 a.m.<br>CTRM: 215 |

**TO THE HONORABLE EDWARD D. JELLEN, UNITED STATES BANKRUPTCY COURT JUDGE, THE DEBTORS, THE DEBTORS' COUNSEL, THE TRUSTEE AND OTHER INTERESTED PARTIES:**

        **PLEASE TAKE NOTICE** that U.S. BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATE FOR WMALT SERIES 2007-0A3, and its successors and/or assignees ("U.S. BANK NATIONAL ASSOCIATION"), has filed the attached Motion For Relief From The Automatic Stay (the "Motion") in the above-entitled and numbered Chapter 13 case as the Debtors have failed to make post-petition payments.

| | |
|---|---|
| 1 | This Motion is based upon the attached Declaration and the Memorandum of Points and |
| 2 | Authorities attached hereto, as well as upon the documents filed in support of the Motion. |
| 3 | DATED: November 10, 2009    Respectfully Submitted, |
| 4 | MALCOLM ♦ CISNEROS, A Law Corporation |
| 5 | |
| 6 | By: /s/ *Kevin Hahn* |
| | KEVIN HAHN |
| 7 | Attorneys for Movant |