KEVIN HAHN, #231579
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 (TELEPHONE)
(949) 252-1032 (FACSIMILE)

Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| In re | ) Bankruptcy Case No. 09-45035 |
| | ) |
| HOLLIS PARKS, SR. AND FREDA ARNETTE PARKS, | ) R.S. No. KH-481 |
| | ) |
| Debtors. | ) Chapter 13 |
| | ) |
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR WAMU MORTGAGE PASS THROUGH CERTIFICATES FOR WMALT SERIES 2007-OA3, and its successors and/or assignees, | ) **DECLARATION IN SUPPORT OF U.S. BANK NATIONAL ASSOCIATION'S MOTION FOR RELIEF FROM AUTOMATIC STAY** |
| | ) |
| | ) |
| | ) |
| | ) |
| Movant, | ) |
| | ) **HEARING DATE:** |
| vs. | ) DATE: January 22, 2010 |
| | ) TIME: 10:00 a.m. |
| HOLLIS PARKS, SR. AND FREDA ARNETTE PARKS, Debtors, and MARTHA G. BRONITSKY, Trustee, | ) CTRM: 215 |
| | ) |
| | ) |
| Respondents. | ) |
| | ) |

I, Teresa Reames, declare:

1. I am a Bankruptcy Supervisor at JPMorgan Chase Bank, National Association as servicing agent for MOVANT. In the foregoing capacity I have personal knowledge of the status and history of the HOLLIS PARKS, SR. ("PARKS") loan account, and if called upon to testify thereto I could and would do so competently and truthfully.

2. In my capacity as a Vice President, I have access to the business records of U.S. BANK NATIONAL ASSOCIATION as they relate to the PARKS loan. The records of U.S. BANK

NATIONAL ASSOCIATION are made and kept in the ordinary course of business by persons who have a business duty to make such records on behalf of U.S. BANK NATIONAL ASSOCIATION. The records are made at or near the time of the occurrence of the event or events of which they are recorded. I have personally reviewed the records of U.S. BANK NATIONAL ASSOCIATION as they relate to the PARKS loan herein. The records reflect the payments made by the Debtors, the payments missed, and all charges accruing under the PARKS loan. Therefore, I am personally familiar with the status of the PARKS loan.

3.     **The Secured Debt.**  On or about December 12, 2006, HOLLIS PARKS, SR. and delivered a Promissory Note in the original principal amount of $260,000.00 secured by a First Priority Deed of Trust on the Property commonly known as 45038 11th ST W, LANCASTER, CA 93534 ("Property"). True and correct copies of the Note and Deed of Trust are attached as Exhibits "1" and "2," respectively.

4.     **The Default Under The Note.**  The Note and Deed of Trust are post-petition due for the JULY 1, 2009 payment. As a result of the contractual default, U.S. BANK NATIONAL ASSOCIATION desires to record a Notice of Default and Election To Sell against the Property. The total delinquency under the Note is set forth in detail on Exhibit "3" to the Motion.

5.     **The Post-Petition Delinquency.**  The Debtors have failed to make post-petition payments that have come due. The total post-petition delinquency is set forth below:

| | | |
|---|---|---|
| 5   Payments at $1,322.91 = | $ | 6,614.55 |
| 5   Late charges at $60.08 = | $ | 300.40 |
| **Total "Post-Petition" Balance Due:** | **$** | **6,914.95** |

6.     **The Debtors' Interest In The Property.**  HOLLIS PARKS, SR. is the owner of record of the Property.

7.     **The Filing Of The Instant Petition.**  On or about June 9, 2009, HOLLIS PARKS, SR. AND FREDA ARNETTE PARKS filed the instant Chapter 13 Petition as Case No. 09-45035.

///

///

1       I declare under penalty of perjury according to the laws of the United States of America that
2  the foregoing is true and correct and that this Declaration is executed on <u>December 11</u>, 2009 in
3  <u>Florence, South Carolina</u>.

| | |
|---|---|
| <u>/s/ *Teresa Reames*</u><br>Teresa Reames | <u>Bankruptcy Supervisor</u><br>*Title* |